Jeremy V. Richards (CA Bar No. 102300)
Linda F. Cantor (CA Car No. 154796)
Erin Gray (CA Bar No. 157658)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   jrichards@pszjlaw.com

Attorneys for Appellee David Gottlieb,
Chapter 11 Trustee

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION, LOS ANGELES**

| | |
|---|---|
| In re:<br><br>GEORGES MARCIANO,<br><br>             Debtor.<br><br>GEORGES MARCIANO,<br><br>             Appellant,<br><br>vs.<br><br>DAVID K. GOTTLIEB, Chapter 11 Trustee,<br><br>             Appellee. | District Court Case No.: 2:11-CV-09216-AHM<br><br>Bankruptcy Court Case No.: 1:11-BK-10426-VK<br><br>Chapter 11<br><br>**APPENDIX TO BRIEF OF APPELLEE DAVID K. GOTTLIEB, CHAPTER 11 TRUSTEE** |

      Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellee David Gottlieb, Chapter 11 Trustee for Georges Marciano, hereby files this Appendix to Brief of Appellee ("Appellee's Brief").  The Appendix includes all of the documents referenced in the Trustee's Designation of Additional Items To Be Included On Appeal and all statutes, rules and regulations cited in the Appellee's Brief.  All citations to the Excerpt of Record ("ER") in Appellee's Brief, however, are to those excerpts of record filed by Appellant Georges Marciano ("Marciano") as Docket Nos.

11, 12, 23, 14, 15, 16 and 17. The excerpts of record included in this Appendix were filed, in an abundance of caution, in the event that the Court does not dismiss the appeals of the other four orders that were included in Marciano's Notice of Appeal. *See Appellee's Brief*, at , n. 2

Dated: February 7, 2012

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Jeremy V. Richards*
Jeremy V. Richards (CA Bar No. 102300)
Attorneys for David Gottlieb, Chapter 11 Trustee for Georges Marciano

DOCS_LA:250666.1 32270-001

ii

## INDEX TO APPENDIX

**Tab 1**    **Trustee's Motion for Production of Documents by Morgan Stanley Smith Barney LLC Pursuant to Fed. R. Bankr. P. 2004 and LBR 2004-1; Memorandum of Points and Authorities; Declaration of Jonathan J. Kim [Docket No. 304] (pg. 2)**

**Tab 2**    **Trustee's Motion for Production of Documents by UBS Financial Services Inc. Pursuant to Fed. R. Bankr. P. 2004 and LBR 2004-1; Memorandum of Points and Authorities; Declaration of Jonathan J. Kim [Docket No. 305] (pg. 15)**

**Tab 3**    **Trustee's Motion for Production of Documents by Hochman, Salkin, Rettig, Toscher & Perez P.C. Pursuant to Fed. R. Bankr. P. 2004 and LBR 2004-1; Memorandum of Points and Authorities; Declaration of Jonathan J. Kim [Docket No. 306] (pg. 30)**

**Tab 4**    **Trustee's Motion for Production of Documents by Milam, Knecht & Warner, LLP Pursuant to Fed. R. Bankr. P. 2004 and LBR 2004-1; Memorandum of Points and Authorities; Declaration of Jonathan J. Kim [Docket No. 307] (pg. 43)**

**Tab 5**    **Trustee's Motion for Production of Documents by Frank Page Pursuant to Fed. R. Bankr. P. 2004 and LBR 2004-1; Memorandum of Points and Authorities; Declaration of Jonathan J. Kim [Docket No. 308] (pg. 62)**

**Tab 6**    **Trustee's Motion for Production of Documents by Gumbiner Savett Inc. Pursuant to Fed. R. Bankr. P. 2004 and LBR 2004-1; Memorandum of Points and Authorities; Declaration of Jonathan J. Kim [Docket No. 309] (pg. 78)**

**Tab 7**    **Trustee's Motion for Production of Documents by Rutter Hobbs & Davidoff Pursuant to Fed. R. Bankr. P. 2004 and LBR 2004-1; Memorandum of Points and Authorities; Declaration of Jonathan J. Kim [Docket No. 310] (pg. 94)**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| **Tab 8** | **Reply to Trustee's Notice of Motion and Motion for Order to Reimpose Automatic Stay to Fahs Related Actions, Iskowitz Related Actions, and Related State Court Appeals [Docket No. 314] (pg. 109)** |
| **Tab 9** | **Debtor's Notice of Filing Schedules, Statement of Financial Affairs and Related Documents, and Statement Regarding Inability to Meet Filing Requirement [Docket No. 434] (pg. 111)** |
| **Tab 10** | **Statutes, rules and regulations cited in Appellee's Brief (pg 148)** |