# TAB 8

000109

| | | |
|---|---|---|
| 1 | DATED: May 19, 2011 | LAW OFFICES OF MICHAEL E. REZNICK<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Michael E. Reznick<br>MICHAEL E. REZNICK |
| 5 | | Attorney for Chapter 11 Debtor GEORGES MARCIANO |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

- 15 -